UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Corey Lameek Eason            Docket No. 4:12-CR-56-1BO

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Lameek Eason, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 2, 2013, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Corey Lameek Eason was released from custody on January 22, 2018, at which time the term of supervised release commenced.

On January 31, 2018, the case was reassigned from Senior U.S. District Judge Fox to U.S. District Judge Boyle.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has begun his term of supervised release in our district. Due to his historical sex offense, which requires that he be a registered sex offender, and per U.S. Probation (North Carolina Eastern) policy, the defendant is required to have a sex offender treatment assessment to determine if treatment or other special conditions are needed. The probation office is recommending that a sex offender assessment be conducted. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: February 05, 2018 |

Corey Lameek Eason
Docket No. 4:12-CR-56-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___7___ day of __February__, 2018, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge